No. 77–5209. HILL *v.* SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 77–5211. THERIAULT *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 77–5213. FAHRIG *v.* JENEFSKY. Ct. App. Ohio, Montgomery County. Certiorari denied.

No. 77–5217. FLANNERY *v.* MONTGOMERY COUNTY PROBATION DEPARTMENT ET AL. C. A. 3d Cir. Certiorari denied.

No. 77–5218. CABRAL *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 77–5222. IN RE FRANCISCUS. Sup. Ct. Pa. Certiorari denied.

No. 77–5227. HENDERSON *v.* METROPOLITAN ATLANTA RAPID TRANSIT AUTHORITY. Ct. App. Ga. Certiorari denied.

No. 77–5230. GALLAGHER *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 77–5232. FAHRIG ET AL. *v.* LEDFORD ET AL. C. A. 6th Cir. Certiorari denied.

No. 77–5235. WARRINER *v.* FLORIDA ET AL. C. A. 5th Cir. Certiorari denied.

No. 77–5238. COOK *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 77–5242. CORONADO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 77–5245. WHITE *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 77–5251. COLLINS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.